AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Texas__

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.  SA-22-MJ-01192 |
| Adrian Scott Warren | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2015 until August, 2022__ in the county of __Bexar__ in the
__Western__ District of __Texas__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

James Thompson  Digitally signed by James Thompson
Date: 2022.08.06 12:38:09 -05'00'

*Complainant's signature*

James Thompson III, SA, FBI

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: __August 6, 2022__

*Judge's signature*

City and state: __San Antonio, Texas__    Richard Farrer, US Magistrate Judge

*Printed name and title*

Maximum Penalties:30 years imprisonment (15 year mandatory minimum); $250,000 fine,;Lifetime Supervised Release;
Restitution; $100 Special Assessment,;$5,000 JVTA;Up to $50,000 pursuant to 18 USC 2259A; forfeiture; and registration
as a sex offender.

## **COMPLAINT AFFIDAVIT**

I, James Thompson, being duly sworn, depose and state that:

1.  I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since November 2003.  I am currently assigned to the San Antonio Division of the FBI. I am assigned to the Violent Crimes Against Children Section and, as such, I investigate crimes against children, including the trafficking and possession of child pornography and the sexual exploitation of children. I have received particularized training in the investigation of computer-related crimes, social networking, and online (i.e. Internet-based) crimes against children.

2.  This affidavit is being submitted in support of an Application for a Criminal Complaint for ADRIAN SCOTT WARREN (Warren).

3.  On May 27, 2021 a profile later identified to be controlled by Warren on the telephone dating application known as "Grindr" reached out via private message to an FBI controlled undercover Grindr profile. In the ensuing discussion, Warren expressed he was interested in "young" and that he has been engaged in sexual contact with a minor male for several years, beginning when the child was only 7 years old. Warren provided that he currently engages in sexual activity with the child. The undercover provided to Warren a fictional story that the undercover has an 8-year-old nephew with whom he is sexually involved. Warren further provided that he was interested in meeting up with the undercover Grindr account to engage in sexual activity and to watch child pornography content. Warren provided that if he met with the undercover "a couple times maybe I can bring [the child he was sexually assaulting]." During this session, Warren sent the undercover two photos depicting an adult male's hand grabbing the buttocks of a nude juvenile male.

4.  On August 4, 2022, the undercover used KIK Messenger to send a private message to the KIK account provided by and subsequently confirmed as being utilized by Warren, that the undercover's nephew just turned 9 years old and was in town visiting.  Warren asked the undercover if he was "Gonna do anything?" to which the undercover replied that he already had. The undercover communicated to Warren that he was currently staying in a hotel with the nephew and invited Warren to "come over and get pervy with us."  Warren traveled to the

hotel and was met by FBI agents who asked to speak with him about engaging in sexual interactions with children.  The interview began, but after Warren requested to speak with an attorney, the interview concluded.  Warren's Samsung SM-G960F/DS cellphone with serial number R58K62DDV1Z was seized by FBI agents. Samsung cellphones are not manufactured in the state of Texas.

5. Warren was positively identified as Adrian Scott Warren, date of birth XX-XX-XXXX, residing in San Antonio, Texas with his wife and children.

6. On August 5, 2022, Child Protective Services Special Investigator Curtis Bolden spoke with Warren as part of CPS procedure to determine a safety plan for the family.  During this interview, Warren admitted having sexual contact with a child, herein identified as child victim 1 (CV1). Warren admitted making the child perform oral sex on Warren and to performing oral sex on the victim. Warren admitted sending pictures of him touching the child's buttocks to the FBI. Warren also admitted keeping child pornography videos depicting children between 0 and 17 years of age on his cellular phone and on the computer located at his house.

7. On August 5, 2022, CV1 was forensically interviewed at ChildSafe, a children's advocacy center in Bexar County. CV1 disclosed that Adrian Warren sexually assaulted him numerous times beginning when he was in the third grade and that Warren produced nude images of CV1 on numerous occasions using Warren's cellular phone.   CV1 told the interviewer that the image of Warren grabbing his buttocks was produced in Warren's house in San Antonio about 3 years ago using Warren's cellular phone.  CV1 also described an incident in 2015, during which Warren used a webcam and transmitted a video stream of CV1's penis, genitals and buttocks to another male that CV1 could see on Warren's computer monitor.

8. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that ADRIAN SCOTT WARREN did knowingly use, persuade, induce, entice and coerce a minor, CV1, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code Section 2251(a).

FURTHER AFFIANT SAYETH NOT,

**James Thompson**  Digitally signed by James
Thompson
Date: 2022.08.06 12:42:15 -05'00'

Special Agent James Thompson, FBI
San Antonio, Texas


SWORN TO BEFORE ME THIS

6th DAY OF AUGUST, 2022

THE HONORABLE RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE